UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Plaintiff
UNITED STATES OF AMERICA
vs.
Defendant
NAFEESAH H. HINES (INDIVIDUALLY AND D/B/A CLEAR VISION FINANCIAL SOLUTIONS, AND RODNEY CHESTNUT

Index No.: 11-CV-005080-FB-MDG
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 11-1-11

I, Woody Dorsonne, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Oct 28, 2011 7:31 PM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PERMANENT INJUNCTION ANDN OTHER RELIEF; CIVIL COVER SHEET; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE on NAFEESAH HINES at 11641 166TH Street, JAMAICA, NY 11434

By Personal Service to: NAFEESAH HINES, A black-haired black female approx. 35-45 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on 11-1-11, 20 11

Woody Dorsonne, Reg. # 1317282, Kings

JACOB SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6237142
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 14TH 2015

State of New York, County of Kings
Subscribed and sworn to before me, a notary public on Nov 1, 20 11

Notary Public

FOR: U S DOJ Tax Division -PO BOX 7238
REF: Hines- Nafeesah Hines

Order No. 9261148 SEA