UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Plaintiff
UNITED STATES OF AMERICA
vs.
Defendant
NAFEESAH H. HINES (INDIVIDUALLY AND D/B/A
CLEAR VISION FINACIAL SOLUTIONS), AND
RODNEY CHESTNUT

Index No.: 1:11;CV-005080-FB-MDG
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on NOVEMBER-1-2011

I, Kenneth Vega, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Oct 27, 2011 6:14 PM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF; CIVIL COVER SHEET; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE on RODNEY CHESTNUT at 112 W BARTLETT Road, MIDDLE ISLAND, NY 11953

By Personal Service to: RODNEY CHESTNUT, A black-haired black male approx. 45-55 years of age, 5'8"-6'0" tall and weighing 180-220 lbs.mstche.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on NOVEMBER  1 , 2011

Kenneth Vega, SUFFOLK

JACOB SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6237142
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 14TH 2015

State of New York, County of Kings
Subscribed and sworn to before me, a notary public on Nov.  1 , 2011

Notary Public

FOR: U S DOJ Tax Division -PO BOX 7238
REF: Hines - Rodney Chestnut

Order No. 9261147 SEA