UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff

v.

NAFEESAH H. HINES (individually and
d/b/a Clear Vision Financial Solutions), and
RODNEY CHESTNUT,

    Defendants

Civil No. 11-5080

## ANSWER TO COMPLAINT
### for NAFEESAH H. HINES (individually and d/b/a CLEAR VISION FINANCIAL SOLUTIONS)

To:    U. S. District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201


Please find enclosed the answer to Civil Action No. 11-5080 for filing with this court.


Date: November 15, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | Civil No. 11-5080 |
| NAFEESAH H. HINES (individually and d/b/a Clear Vision Financial Solutions), and RODNEY CHESTNUT, | |
| Defendants | |

## ANSWER TO COMPLAINT
### for NAFEESAH H. HINES (individually and d/b/a CLEAR VISION FINANCIAL SOLUTIONS)

1. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

2. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

3. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

4. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

5. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

6. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

7. Allegation/assumption/suggestion/opinion is denied.

8. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

9. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

10. Allegation/assumption/suggestion/opinion is denied.

11. Allegation/assumption/suggestion/opinion is denied.

12. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

13. Allegation/assumption/suggestion/opinion is denied.

14. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

15. Allegation/assumption/suggestion/opinion is denied.

16. Allegation/assumption/suggestion/opinion is denied.

17. Allegation/assumption/suggestion/opinion is denied.

18. Allegation/assumption/suggestion/opinion is denied.

19. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

20. Allegation/assumption/suggestion/opinion is denied.

21. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

22. Allegation/assumption/suggestion/opinion is denied.

23. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

24. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

25. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

26. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

27. Allegation/assumption/suggestion/opinion is denied.

28. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

29. Information supplied is insufficient to form a belief about the truth of this

allegation/assumption/suggestion/opinion.

30. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

31. Allegation/assumption/suggestion/opinion is denied.

32. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

33. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

34. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

35. Allegation/assumption/suggestion/opinion is denied.

36. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

37. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

38. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

39. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

40. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

41. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

42. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

43. Allegation/assumption/suggestion/opinion is denied.

44. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

45. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

46. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

47. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

48. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

49. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

50. Allegation/assumption/suggestion/opinion is denied.

51. Allegation/assumption/suggestion/opinion is denied.

52. Allegation/assumption/suggestion/opinion is denied.

53. Information supplied is insufficient to form a belief about the truth of this allegation/assumption/suggestion/opinion.

54. Allegation/assumption/suggestion/opinion is denied.

55. Allegation/assumption/suggestion/opinion is denied.

56. Allegation/assumption/suggestion/opinion is denied.

57. Allegation/assumption/suggestion/opinion is denied.

## AFFIDAVIT

I will not promote any "tax fraud scheme(s)".
I will not prepare tax returns for other people.
I will not represent anyone before the IRS.
*I will not give any tax advice to anyone.*
I will not file any 1099A's or 1099OID's.

I agree to the settlement of this case under these terms and conditions.

I have am the only Party with firsthand knowledge of facts stated herein and affirm that the information is true and correct to the best of my knowledge.

_____                    November 15, 2011



